UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cr-121-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JONATHAN DAVID DIXON**, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Unopposed Motion to Dismiss the Bill of Indictment in this case. (Doc. No. 14). The Government explains in the motion that Defendant has pled guilty for the same violation charged here in Case No. 3:23-cr-216. Therefore, the Government seeks dismissal of the Indictment in this case.

The Government's Motion to Dismiss, (Doc. No. 14), is **GRANTED**, and the Bill of Indictment is **DISMISSED**.

**IT IS SO ORDERED**.

Signed: October 25, 2023

Max O. Cogburn Jr
United States District Judge